# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**460**

**KA 08-01138**

PRESENT: SMITH, J.P., CENTRA, PERADOTTO, GORSKI, AND MARTOCHE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

                    V                                                    ORDER

KARON R. RUSSELL, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (JAMES ECKERT OF COUNSEL), FOR DEFENDANT-APPELLANT.

MICHAEL C. GREEN, DISTRICT ATTORNEY, ROCHESTER (LESLIE E. SWIFT OF COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Monroe County Court (John R. Schwartz, A.J.), rendered December 17, 2007.  The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree (11 counts), attempted robbery in the first degree, and robbery in the second degree (4 counts).

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Entered:  April 29, 2011                          Patricia L. Morgan
                                                 Clerk of the Court